IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GEORGE P. SMITH,**

    Petitioner,

v.                                                        Civil Action No. **3:15CV88**

**UNITED STATES OF AMERICA,**

    Respondent.

**MEMORANDUM OPINION**

Petitioner, a federal inmate proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on March 24, 2015, the Court directed Petitioner to complete and return, the standardized form for filing a § 2241 petition within eleven (11) days of the date of entry thereof. The Court warned Petitioner that the failure to comply with the above directive would result in the dismissal of the action. More than eleven (11) days have passed and Petitioner has not returned the required § 2241 form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 4/29/15
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge